■■ In the Matter of NOEMI D. CATTARAUGUS COUNTY DE-PARTMENT OF SOCIAL SERVICES, Respondent; MARGARET S., Appellant. [820 NYS2d 924]—The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted and new counsel is to be assigned. (Appeal from Order of Family Court, Cattaraugus County, Lynn L. Hartley, J.H.O.—Terminate Parental Rights). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS DAVIS, Appellant. [820 NYS2d 923]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John J. Connell, J.—Robbery, 3rd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD L. DUPREE, Appellant. [820 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Mario J. Rossetti, A.J.—Attempted Criminal Possession of a Weapon, 3rd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES FAIRLEY, Appellant. [820 NYS2d 922]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Frank P. Geraci, Jr., J.—Violation of Probation). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIRSAD GROZDANIC, Appellant. [820 NYS2d 923]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Barry M. Donalty, J.—Sodomy, 3rd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIRSAD GROZDANIC, Appellant. [820 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Barry M. Donalty, J.—Violation of Probation). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.